Gordon A. Ramsay, administrator of the estate of John F. Gorman, deceased, appellee, v. Chicago Railways Company et al., operating under name of Chicago Surface Lines, appellants. Gen. No. 25,772.

Action to recover for wrongful death in collision with street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in this court at the October term, 1919. Reversed with finding of facts. Opinion filed March 8, 1920.

Franklin B. Hussey and Abe R. Peterson, for appellants; J. R. Guilliams, of counsel. William T. Nelson, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Reiner Coal Company, appellee, v. Samuel Meyerowitz, appellant. Gen. No. 25,429.

Action to recover for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Julius H. Miner, for appellant. Joel C. Carlson and David I. Swanson, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

National Import and Export Company for use of National Trading Company, appellee, v. A. J. Hague & Company, appellant. Gen. No. 25,510.

Action to recover the purchase price of goods. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Rosenthal, Kurz & Houlihan, for appellant; Frank Michels and Sidney Levy, of counsel. Michael Feinberg, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Florence M. Everitt and Walter S. Holden, trustees under the will of Margaret A. Mitchell, deceased, and Florence M. Everitt, individually, appellees, v. Anna E. Gough et al., on appeal of Anna E. Gough by Rockford Trust Company, guardian ad litem and conservator, appellants. Gen. No. 25,520.

Bill for construction of will. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

A Philip Smith, for appellants. Walter S. Holden, for appellees. John R. O'Connor, guardian ad litem for minor appellees, pro se.

Mr. Justice Holdom delivered the opinion of the court.